AO 91 (Rev. 11/11)  Criminal Complaint

YOUNG

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
MAR 31 2016
CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Roberto VASQUEZ | ) Case No. 7:16-MJ-143 |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __30 March 2016__ in the county of __Midland__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 751 | Escape |

This criminal complaint is based on these facts:
Please See AFFIDAVIT

☐ Continued on the attached sheet.

_____
Complainant's signature

Jeremy Waechter, DUSM
Printed name and title

Sworn to before me and signed in my presence.

Date: 3/31/2016

_____
Judge's signature

City and state: Midland, TX

David Counts, United States Magistrate Judge
Printed name and title

AFFIDAVIT

United States of America

v.

ROBERTO VASQUEZ

Affiant, Jeremy T. Waechter, being duly sworn do hereby depose and state that I am a Deputy United States Marshal for the Western District of Texas and authorized to enforce the laws of the United States of America, including but not limited to, the investigations to locate and apprehend federal fugitives.

Affiant has been employed with the United States Marshals since January, 2015. I attended the Federal Law Enforcement Training Center in Brunswick, Georgia for Criminal Investigators and Basic Deputy Training for approximately 22 and ½ weeks.

On March 30 , 2016, DUSM Waechter was notified by the Federal Bureau of Prisons that federal inmate Roberto VASQUEZ had escaped from the Dismas Charities Residential Re-entry Center located at 24 W Industrial Loop in Midland, Texas. VASQUEZ was charged with A Violation of Supervised Release in the Western District of Texas. On January 29th 2015, VASQUEZ was sentenced by U.S. District Judge Alia MOSES to 21 months in the custody of the Federal Bureau of Prisons. On February 25th, 2016, VASQUEZ arrived at Dismas Charities in Midland, Texas to complete his federal prison sentence. He was to remain there until June 25, 2016. At that time he would be released to the supervision of the U.S. Probation Office in Midland, Texas.

On March 30, 2016 at 1107hrs VASQUEZ was waiting in the lobby of Dismas Charities to provide his monthly urinalysis sample. Prior to providing the sample VASQUEZ exited the front door and left Dismas Charities without any written or verbal permission. The staff at Dismas Charities was notified and initiated "escape" procedures. A notice of Escaped Federal Prisoner was issued from the CCM Office of the Federal Bureau of Prisons in San Antonio, Texas. To this date, VASQUEZ's whereabouts are unknown.

Affiant believes that ROBERTO VASQUEZ is in violation of 18 USC 751, Escape. Affiant requests issuance of a warrant for VASQUEZ for Escape, a violation of 18 USC 751

_____
Jeremy T. Waechter
Deputy U.S. Marshal

_____
David Counts
United States Magistrate Judge

3-31-2016
_____
Date

3/31/2016
_____
Date