UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
APR 27 2016
CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>ROBERTO VASQUEZ,<br><br>Defendant. | CRIMINAL NO.<br>INDICTMENT  MO 16CR - 087<br><br>[Vio: 18 U.S.C. § 751(a)<br>Escape from Custody] |

THE GRAND JURY CHARGES:

### COUNT ONE
### [18 U.S.C. § 751(a)]

That on or about March 30, 2016, in the Western District of Texas, the Defendant

**ROBERTO VASQUEZ,**

did knowingly escape from custody in the Dismas Charities Residential Re-Entry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of an Order Revoking Supervised Release on January 28, 2015, from the United States District Court for the Western District of Texas, Del Rio Division, upon a violation of his supervised release, in violation of Title 18, United States Code, Section 751(a).

Original signed by the
foreperson of the Grand Jury

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

*/s/ Glenn Harwood*

JAMES GLENN HARWOOD
Assistant United States Attorney

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| COUNTY: MIDLAND | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: April 27, 2016 | MAG CT #: MO-16-M-143 | FBI #: |
| CASE NO: MO-16-CR-87 | ASSISTANT U.S. ATTORNEY: JAMES GLENN HARWOOD | |
| DEFENDANT: ROBETO VASQUEZ | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: INTERPRETER NEEDED LANGUAGE: | | |
| DEFENSE ATTORNEY: NO ATTORNEY YET | | |
| DEFENDANT IS: Detained | | |

| | |
|---|---|
| DATE OF ARREST: April 1, 2016 | BENCH WARRANT: XXX |
| PROBATION OFFICER: | |
| NAME AND ADDRESS OF SURETY: | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | |
| PROSECUTION BY: Indictment | |
| OFFENSE (Code and Description): Ct. 1 – 18 USC 751 – Escape from Custody | |
| OFFENSE IS: FELONY | |
| MAXIMUM SENTENCE: Ct. 1 - A term of imprisonment not to exceed 5 years; a term of supervised release not to exceed 3 years; a fine not to exceed $250,000; and a mandatory $100 special assessment. | |
| PENALTY IS MANDATORY: As stated above. | |

REMARKS: AGENT:
DUSM Jeremy Waechter
432-686-4100
jeremy.waechter@usdoj.gov

WDT-Cr-3